# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
213.620.1780 main
213.620.1398 fax
www.sheppardmullin.com

John M. Landry
213.617.5561 direct
jlandry@sheppardmullin.com

January 17, 2025

**VIA CM/ECF**

Hon. Ronald M. Gould
Hon. Michelle T. Friedland
Hon. Mark J. Bennett
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re:   *Charles Matthew Erhart v. BofI Federal Bank*, Case No. 23-3065
      Appellant BofI Federal Bank's Response to Appellee Charles Matthew Erhart's Supplemental Citations to the Record

Dear Judges Gould, Friedland, and Bennett:

Appellant BofI Federal Bank submits this letter to correct a citation in Appellee Charles Matthew Erhart's Supplemental Citations to the Record (Dkt. 42).

Erhart's first citation, 5-ER-905:18–24, omits the final two sentences of the witness's answer. The questions and complete answers may be found at 5-ER-905:18–906:2 and read as follows (omitted testimony in bolded text):

> Q. So in April of 2015, what was your status with the Bank, as you understood it?
> A. Well --
> Q. As you understood it.
> A. I -- I didn't know for sure. I mean, I thought maybe I was on FMLA leave. I also thought that I had been fired on March 6th. **So I -- you know, I went through the paperwork and, you know, they told me I was on FMLA leave. So if I had to choose, I guess, that's what I would say, that I was out on FMLA leave.**

The remainder of Erhart's supplemental citations are also best understood in the context of surrounding testimony and the full record.

Respectfully submitted,

s/ *John M. Landry*

John M. Landry
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4915-4503-4256.2