UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHARLES MATTHEW ERHART,

Plaintiff - Appellee,

v.

BOFI FEDERAL BANK,

Defendant - Appellant.

No. 23-3065

D.C. No.
3:15-cv-02287-BAS-NLS
Southern District of California,
San Diego

ORDER

Before: GOULD, FRIEDLAND, and BENNETT, Circuit Judges.

The first sentence ending with "burden" on page 3, paragraph 1 of the Memorandum Disposition filed on February 6, 2025 is amended to add a footnote that reads: "To the extent that BofI argues in its petition for rehearing that *Murray* changed the burden-shifting framework after the district court denied BofI's renewed motion for judgment as a matter of law or for a new trial, that argument is forfeited. BofI never argued prior to its petition for rehearing that *Murray* required a different instruction to the jury on BofI's same-action affirmative defense. Because BofI forfeited any argument that the jury was improperly instructed, we do not consider whether a different burden-shifting standard should have applied. And under the instructions the jury did receive, there was sufficient evidence to support the jury's rejection of BofI's same-action affirmative defense."

With that amendment, the panel unanimously votes to deny the petition for panel rehearing.

The petition for rehearing is **DENIED**. No further petitions may be filed.