# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 28, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: BofI Federal Bank
v. Charles Matthew Erhart
No. 25-103
(Your No. 23-3065)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 24, 2025 and placed on the docket July 28, 2025 as No. 25-103.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst